**Dismissed and Opinion Filed January 25, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01024-CV

### CITY OF DALLAS, Appellant
### V.
### LAWRENCE C. REICHHART, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00664**

# MEMORANDUM OPINION

Before Justices Francis, Evans, and Boatright
Opinion by Justice Evans

Before the Court is appellant's January 12, 2018 agreed motion to dismiss the appeal.

Appellant informs the Court the parties have reached a settlement agreement and no longer wish

to pursue this appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/David Evans/
DAVID EVANS
JUSTICE

171024F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CITY OF DALLAS, Appellant

No. 05-17-01024-CV      V.

LAWRENCE C. REICHHART, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-00664.
Opinion delivered by Justice Evans. Justices Francis and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 25th day of January, 2018.